Fill in this information to identify the case:

Debtor 1      Ronald M Smith, Jr

Debtor 2      Kristen A. Smith
(Spouse, if filing)

United States Bankruptcy Court for the: _____ Eastern District of Michigan
(State)

Case number  20-51213-mlo

# Official Form 410S2
# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as certificate trustee of Bosco Credit II Trust Series 2010-1

**Court claim no.** (if known): 16

**Last 4 digits** of any number you use to identify the debtor's account: 9 3 3 1

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: ___/___/___

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges |  | (1) | $ |
| 2. Non-sufficient funds (NSF) fees |  | (2) | $ |
| 3. Attorney fees |  | (3) | $ |
| 4. Filing fees and court costs |  | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | 12/30/2020 | (5) | $ 950.00 |
| 6. Appraisal/Broker's price opinion fees |  | (6) | $ |
| 7. Property inspection fees |  | (7) | $ |
| 8. Tax advances (non-escrow) |  | (8) | $ |
| 9. Insurance advances (non-escrow) |  | (9) | $ |
| 10. Property preservation expenses. Specify:_____ |  | (10) | $ |
| 11. Other. Specify:_____ |  | (11) | $ |
| 12. Other. Specify:_____ |  | (12) | $ |
| 13. Other. Specify:_____ |  | (13) | $ |
| 14. Other. Specify:_____ |  | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1    Ronald M Smith, Jr      Case number (if known) 20-51213-mlo
First Name   Middle Name   Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Molly Slutsky Simons      Date 1 / 11 / 2021
Signature

Print: **Molly Slutsky Simons**      Title **Attorney for Creditor**
First Name   Middle Name   Last Name

Company **Sottile & Barile, Attorneys at Law**

Address **394 Wards Corner Road, Suite 180**
Number   Street
**Loveland, OH 45140**
City     State     ZIP Code

Contact phone ( 513 ) 444 – 4100      Email bankruptcy@sottileandbarile.com

Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH  45140
accounting@sottileandbarile.com
www.sottileandbarile.com



# INVOICE

**BILL TO**
Franklin Credit Management Corp.
101 Hudson Street
25th Floor
Jersey City, NJ  07302

**INVOICE #** ▮▮▮▮▮▮
**DATE** 12/30/2020

**S&B FILE NUMBER**
▮▮▮▮▮▮▮▮▮▮

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Smith, Ronald · ▮▮▮▮▮▮▮ - Proof of Claim/Plan Review | 1 | 950.00 | 950.00 |

| | |
|---|---|
| BALANCE DUE | **$950.00** |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

| | |
|---|---|
| In Re: | Case No. 20-51213-mlo |
| Ronald M Smith, Jr<br>Kristen A. Smith | Chapter 13 |
| Debtors. | Judge Maria L. Oxholm |

## PROOF OF SERVICE

The undersigned does hereby certify that a copy of the Notice of Mortgage Payment Change has been duly electronically serviced, noticed or mailed via U.S. First Class Mail, postage prepaid on January 11, 2021 to the following:

Ronald M Smith, Jr, Debtor
5300 E. Monroe Street
Tecumseh, MI 49286

Kristen A. Smith, Debtor
5300 E. Monroe Street
Tecumseh, MI 49286

William C. Babut, Debtors' Counsel
wbabut@babutlaw.com

Alexander Joseph Berry-Santoro, Debtors' Counsel
alex@babutlaw.com

David Wm Ruskin, Trustee
ecf-emails@det13.com

United States Trustee's Office
(registeredaddress)@usdoj.gov

Respectfully Submitted,

/s/ Molly Slutsky Simons
─────────────────────────────
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor