UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:
    RONALD M. SMITH, JR                          Case No. 20-51213-mlo
    KRISTEN A. SMITH                             Chapter 13
    Debtor(s)                                        Hon. OXHOLM
_____/

## **SATISFACTION OF CLAIM**

On or about November 23, 2020, Claim #6-1 in the amount of $7,776.35 was filed on behalf of GENISYS CREDIT UNION. Said Claim has been paid in full.

                                                               BUTLER ROWSE-OBERLE PLLC

                                                               /s/ SARAH VORGITCH
                                                               KAREN L. ROWSE-OBERLE (P41893)
                                                               JAMES A. GRAHAM (P60632)
                                                               SARAH VORGITCH (P69878)
                                                               KELLY L. SCOLA (P47219)
                                                               Attorney for Creditor
                                                               24525 Harper Avenue
                                                               St. Clair Shores, MI 48080
                                                               (586) 777-0770
Dated: July 18, 2022                                svorgitch@brolawpllc.com